**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02113-CMA-KMT

LEHMAN BROTHERS HOLDINGS, INC., a Delaware corporation,

    Plaintiff,

v.

FIRST CALIFORNIA MORTGAGE CORPORATION, a California corporation,

    Defendant.
_____

**ORDER ON STIPULATED MOTION FOR INDICATIVE RULING**
_____

    The above-captioned civil action is on appeal. On November 20, 2014, the parties filed a Stipulated Motion for Indicative Ruling pursuant to Fed. R. Civ. P. 62.1(a)(3) requesting this Court state whether it would grant a motion to vacate the Order and Judgment (Doc. ## 33, 34, & 52). (Doc. # 56.) The Court hereby INDICATES that, in the interest of bringing finality to this case through settlement, it has no objection to vacating the Order and Judgment should the case be remanded to this Court by the Tenth Circuit for such purpose.

DATED:    January 21, 2015

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge