IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-CV-02113-CMA-KMT

LEHMAN BROTHERS HOLDINGS, INC.,

Plaintiff,

v.

FIRST CALIFORNIA MORTGAGE CORPORATION,

Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 63), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: February   25  , 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge